UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHIL LIFSCHITZ,<br><br>                    Plaintiff,<br><br>        v.<br><br>PARDES BIOSCIENCES, INC., LAURA J. HAMILL, JOHN C. POTTAGE, JR., MICHAEL D. VARNEY, DEBORAH M. AUTOR, J. JAY LOBELL, THOMAS G. WIGGANS, MARK AUERBACH, URI A. LOPATIN, LAURIE SMALDONE ALSUP, and JAMES B. TANANBAUM,<br><br>                    Defendants. | Case No. 1:23-cv-07221-LGS<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Phil Lifschitz ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action"). Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated: August 31, 2023

                                            By   */s/ Shallom Engel*
                                                 Shallom Engel
                                                 **Engel Law PLLC**
                                                 1065 Broadway, Suite 103
                                                 Woodmere, NY 11559
                                                 Telephone: (718) 880-8595
                                                 Email: shallom@engellawpllc.com

                                                 *Attorneys for Plaintiff*